OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NASHVILLE, TN 37203
OFFICIAL BUSINESS

RECEIVED
IN CLERK'S OFFICE
MAR 12 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

Denise Musgrove
315 S. Cedar Avenue
Cookeville, TN 38501-3244

NIXIE 372 4E 1 22 03/11/12
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 37203 *1659-18070-09-38

neopost
049J82036197
$00.450
Mailed From 37203
03/08/2012
US POSTAGE

...STATES DISTRICT COURT
...ISTRICT OF TENNESSEE
...VILLE DIVISION

)
) Case No. 2:11-cv-0110
)
) Judge Sharp
) Magistrate Judge Griffin
)
)
)
)

...FAULT JUDGMENT

...ion filed by Plaintiff pursuant to Rule 55(b)(1) of the

...ocket Entry No. 16). The motion is denied. The Clerk

...it as to damages with this motion as is required by FRCP

...that includes the required affidavit. The affidavit must

...te filed. In addition, if Plaintiff intends to seek interest

...n and the date judgment is entered, Plaintiff must state a

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court

Case 2:11-cv-00110  Document 19  Filed 02/13/12  Page 1 of 1 PageID #: 47

Default Judgment shall be effective on the date of the previous judgment. Pre-judgment interest is

Case 2:11-cv-00110  Document 25  Filed 03/05/12  Page 1 of 2 PageID #: 69
Case 2:11-cv-00110  Document 27  Filed 03/12/12  Page 1 of 1 PageID #: 72